BERRÍOS, PLAINTIFF AND APPELLEE, *v.* CENTRAL VANNINA, DEFENDANT AND APPELLANT.

APPEAL from the First District Court of San Juan in an Action for Damages.

No. 2757.—Decided July 12, 1923.

DAMAGES—NEGLIGENCE—MEASURE OF DAMAGES.—It having been proved that through the negligence of the defendant the plaintiff, a practicing physician engaged also in other business, received serious wounds and injuries which compelled him to remain in bed for more than forty days, suffering physical pain and mental anguish besides the loss of property, it was *held:* That an indemnity of $3,000 was reasonable.

The facts are stated in the opinion.
*Mr. D. Monserrat* for the appellant.
*Messrs. F. González* and *C. Iriarte* for the appellee.

MR. JUSTICE FRANCO SOTO delivered the opinion of the court.

Doctor Berríos, the plaintiff in this case, was one of the passengers traveling in the automobile owned and driven by Gerardo M. García when it was struck by a locomotive of the defendant in the afternoon of February 19, 1920. In

the opinion delivered in case No. 2753, an appeal taken in the action brought by Ramona Morales, another of the passengers in the same automobile, against the Central Vannina all of the questions of fact and of law involved in the case have been examined and discussed. The principles therein laid down are entirely applicable to this case.

We have only to consider and decide specifically in this case as to the amount of damages. The plaintiff sued for $5,000 and the court allowed him $3,000. It was proved that the plaintiff was 52 years of age; that he was a physician and surgeon in active practice, who also has other business, and that he received as a result of the collision serious wounds and bruises that compelled him to remain in bed for about forty days and caused him physical and mental suffering and loss of property.

Such being the case, we do not think the sum of $3,000 is exaggerated and, therefore, the judgment appealed from must be affirmed in all particulars.

*Affirmed.*

Chief Justice Del Toro and Justices Wolf, Aldrey and Hutchison concurred.